STATE OF CONNECTICUT *v.* ANTHONY SALVAGGIO

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is granted.

*Thomas J. Barrett,* in support of the petition.

Submitted May 21—decided June 16, 1964

OTIS SWANSON *v.* FREDERICK G. REINCKE, WARDEN, CONNECTICUT STATE PRISON

The petition addressed to this court for a certification that there is a question involved in the decision denying habeas corpus which ought to be reviewed on appeal is denied by the court for the reason that such a petition calls for action by a justice rather than by the court. General Statutes § 52-470.

*Otis Swanson,* pro se, on the petition.